WR-83,692-01,02,03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/29/2015 12:22:59 PM
Accepted 9/30/2015 11:06:08 AM
ABEL ACOSTA
CLERK

**NOS. D-1-DC-11-206666-A, D-1-DC-12-300191, D-1-DC-13-300925-A**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE 299TH** |
| | | RECEIVED |
| | § | COURT OF CRIMINAL APPEALS |
| | | 9/30/2015 |
| | | ABEL ACOSTA, CLERK |
| | § | **JUDICIAL DISTRICT COURT** |
| | § | |
| **TRINIDAD ROSSENBERT OPORTA** | § | **TRAVIS COUNTY, TEXAS** |

MOTION DENIED
DATE: 10-6-15
BY: P.C.

### DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

APPELLANT, Trinidad Rossenbert Oporta, asks the Court to extend the time to file the motion for rehearing.

#### A. INTRODUCTION

1. Appellant is Trinidad Rossenbert Oporta; appellee is State of Texas.

2. This motion is filed within the 15-day period to file a motion to extend the time to file a motion for rehearing, as required by Texas Rule of Appellate Procedure 49.8.

#### B. ARGUMENT & AUTHORITIES

4. The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing.

5. Appellant's motion for rehearing was due on September 24, 2015.

6. Appellant requests an additional thirty (30) days to file the motion for rehearing, extending the time until October 24, 2015.

7. No extension has been granted to extend the time to file the motion for rehearing.

8. Appellant needs additional time to file the motion for rehearing because:

   a) Appellant Attorney has requested additional information from the District Attorney regarding the case in order to answer the District Attorney's argument regarding prejudice.

   b) Appellant Attorney had a Suit Affecting the Parent Child Relationship for client, Azael Jonathan Menchaca, Cause Number 3060 before the Honorable Judge Donald L. Kraemer in the 12th District Court of Grimes County, Texas at 9:00 A.M. on September 21, 2015.



c)    Appellant Attorney had a Master Hearing for client Jesus Humberto Zamora Perez, A# 044080455 with the Honorable Judge Daniel J. Santander in Pearsall Immigration Court, Pearsall Texas at 8:30 A.M. on September 22, 2015.

d)    Appellant Attorney had a Suit Affecting Parent Child Relationship for Special Immigration Juvenile cases in the 81st District Court of Frio County, Texas before the Honorable Judge Donna S. Rayes for client Gerson Fabrico Rosales-Rubio, Cause Number 15-07-00299CVF at 9:00 A.M. on September 23, 2015.

e)    Appellant Attorney had a Suit Affecting Parent Child Relationship for Special Immigration Juvenile cases in the 81st District Court of Frio County, Texas before the Honorable Judge Donna S. Rayes for client Cristian Alexander Flores Mejia, Case Number 15-08-00339CVF at 9:00 A.M. on September 23, 2015.

f)    Appellant Attorney had a Suit Affecting Parent Child Relationship for Special Immigration Juvenile cases in the 81st District Court of Frio County, Texas before the Honorable Judge Donna S. Rayes for client Edwin Alfredo Asencio Castro, Cause Number 15-07-00301CVF at 9:00 A.M. on September 23, 2015.

g)    Appellant Attorney had an Application for Protective Order Hearing for client Ilda A. Anaya Martinez, Cause Number 2015-CI-14901 in the Presiding Court of Bexar County, Texas at 9:00 A.M. on September 24, 2015.

h)    Appellant Attorney had a Master Hearing for client Edwin Alfredo Asencio Castro, A# 208167008 with the Honorable Judge Thomas G. Crossan Jr. in San Antonio Immigration Court, San Antonio, Texas at 8:30 A.M. on September 28, 2015.

i)    Appellant Attorney had a Master and Bond Hearing for client Cristian Alexander Flores Mejia, A# 208297892 with the Honorable Judge Daniel J. Santander in Pearsall Immigration Court, Pearsall Texas at 9:00 A.M. on September 28, 2015.

j)    Appellant Attorney had an Individual Hearing for client Juan Mendoza-Sauceda, A# 078944529 with the Honorable Visiting Judge in Pearsall Immigration Court, Pearsall, Texas at 1:00 P.M. on September 29, 2015.

k)    Appellant Attorney has a Master Hearing for client Henry Josiah Ebenezar Parakoyi, A# 206241032 with the Honorable Judge Anibal D. Martinez in San Antonio Immigration Court, San Antonio, Texas at 8:30 A.M. on September 30, 2015.

l)    Appellant Attorney has a Master Hearing for client Abigail Elizabeth Parakoyi, A# 206241031 with the Honorable Judge Anibal D. Martinez in San Antonio Immigration Court, San Antonio, Texas at 8:30 A.M. on September 30, 2015.

m) Appellant Attorney has a Master Hearing for client David Enrique Sanchez Tapia, A# 208292165 with the Honorable Judge Anibal D. Martinez in San Antonio Immigration Court, San Antonio, Texas at 9:00 A.M. on September 30, 2015.

n) Appellant Attorney has a Telephonic Master Hearing for client Gerson Fabrico Rosales-Rubio, A# 208366852 with the Honorable Judge Saundra Arrington in Stewart Immigration Court, Lumpkin, Georgia at 9:00 A.M. on September 30, 2015.

o) Appellant Attorney has a Suit Affecting Parent Child Relationship for Special Immigration Juvenile cases in the District Court of Webb County, Texas before the Honorable Judge for client Milargo De La Paz Granados Reyes, Cause Number 2015CVL002916D2 at 9:00 A.M. on September 30, 2015.

p) Appellant Attorney has a Criminal Case in the for client David Romero Espino in the 111th District Court, Webb County, Texas before the Honorable Judge Monica Z. Notzon, Cause Number 2014CRT469D2 at 8:45 A.M. on October 1, 2015.

q) Appellant Attorney has a Criminal Case in the for client David Romero Espino in County Court 1, Webb County, Texas before the Honorable Judge Hugo Martinez, Cause Number 2014CRB001000L1 at 1:00 P.M. on October 1, 2015.

r) Appellant Attorney has a Criminal Case in the for client David Romero Espino in County Court 1, Webb County, Texas before the Honorable Judge Hugo Martinez, Cause Number 2014CRB001008L1 at 1:00 P.M. on October 1, 2015.

s) Appellant Attorney has an Appeal Brief due at the Board of Immigration Appeals on October 1, 2015 for client Enrique Reyes Villarreal Martinez, A# 091231340.

t) Appellant Attorney has a Motion to Terminate Brief due at the Pearsall Immigration Court, Pearsall, Texas for the Honorable Judge Daniel J. Santander on October 2, 2015 for client Jesus Humberto Zamora Perez, A# 044080455.

u) Appellant Attorney is attending the Bar Association of the Fifth Federal Circuit 2015 Appellate Advocacy Seminar on October 5 and 6, 2015 in New Orleans, Louisiana.

v) Appellant Attorney has a Master Hearing for client Sonia Erika Cortez De Ayala, A# 206895344 with the Honorable Judge Anibal D. Martinez in San Antonio Immigration Court, San Antonio, Texas at 8:30 A.M. on October 8, 2015.

w) Appellant Attorney has a Child Support Enforcement hearing for client Andrew Rodriguez, Cause Number 2009-CI-17805 with the Honorable Judge Karen H.

Pozza in the 407th District Court, Bexar County, Texas at 8:30 A.M. on October 9, 2015.

## C. PRAYER

9. For these reasons, Trinidad Rossenbert Oporta asks the Court to grant an extension of time to file the motion for rehearing until October 24, 2015.

Respectfully submitted,

___/S/ *Juan R. Gonzalez*___
Juan R. Gonzalez
8023 Vantage Drive, Suite 400
San Antonio, TX 78230
Phone: (210) 591-8878
Fax: (210) 579-1011

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

9/9/2015
OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-12-300191-A        WR-83,692-02
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISTRICT CLERK  TRAVIS COUNTY
VELVA L. PRICE
P.O. BOX 679003
AUSTIN, TX 78767
* DELIVERED VIA E-MAIL *

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

9/9/2015

**OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-11-206666-A        WR-83,692-01**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISTRICT CLERK TRAVIS COUNTY
VELVA L. PRICE
P.O. BOX 679003
AUSTIN, TX 78767
* DELIVERED VIA E-MAIL *

**9/9/2015**
**OPORTA, TRINIDAD**   Tr. Ct. No. D-1-DC-13-300925-A      **WR-83,692-03**
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISTRICT CLERK  TRAVIS COUNTY
VELVA L. PRICE
P.O. BOX 679003
AUSTIN, TX 78767
* DELIVERED VIA E-MAIL *